# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2023 ND 167

Sergio Ruiz Ledezma,

Petitioner and Appellant

v.

State of North Dakota,

Respondent and Appellee

### No. 20230055

Appeal from the District Court of Stark County, Southwest Judicial District, the Honorable Dann E. Greenwood, Judge.

AFFIRMED.

Per Curiam.

Samuel A. Gereszek, Grand Forks, ND, for petitioner and appellant.

Amanda R. Engelstad, State's Attorney, Dickinson, ND, for respondent and appellee; submitted on brief.

**Ruiz Ledezma v. State**
**No. 20230055**

**Per Curiam.**

[¶1]   Sergio Ruiz Ledezma appeals from a district court order denying his application for post-conviction relief.

[¶2]   On appeal, Ruiz Ledezma argues the district court abused its discretion in denying his oral motions for continuance made at the post-conviction relief hearing. We conclude the district court did not abuse its discretion in denying Ruiz Ledezma's motions for continuance. We summarily affirm under N.D.R.App.P. 35.1(a)(4).

[¶3]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr

1
